DOW-ARNESON COMPANY v. CITY OF ST. PAUL.[1]

April 12, 1929.

No. 27,036.

*Harris Richardson*, for appellant.

*Eugene M. O'Neill*, for respondent.

*C. J. Rockwood*, amicus curiae, filed a brief in support of appellant's contention.

PER CURIAM.

The plaintiff appeals from an order denying a temporary injunction. The questions involved were considered in the Ryan case, 177 Minn. 146, 225 N. W. 86, where there was a trial on the facts. The decision in that case is necessarily controlling of this, and the court was right in denying a temporary injunction.

Order affirmed.

[1]Reported in 225 N. W. 92.